IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISSY WILLIAMS<br>        Plaintiff,<br><br>v.<br><br>CORNELL CAPITAL LLC,<br>INSTANT BRANDS, INC., f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY, INSTANT BRANDS LLC, d/b/a INSTANT POT COMPANY,<br>INSTANT BRANDS HOLDINGS INC., d/b/a INSTANT POT COMPANY, and<br>WALMART, INC. f/k/a WAL-MART STORES, INC.<br>        Defendants. | CIVIL ACTION<br><br>NO. 2:23-cv-04706<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT WALMART INC.
PURSUANT TO FED. R. CIV. P. 7.1(a)(1)**

The undersigned counsel for Defendant, Walmart Inc. (identified in the Complaint as Walmart, Inc. f/k/a Wal-Mart Stores, Inc.) certifies that it is a non-governmental corporate party and that:

☐    This party's parent corporation, and all publicly held corporations owning 10% or more of its stock, are listed here:

OR

☒    This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

**McDonnell & Associates, P.C.**

Dated: December 6, 2023         By:    */s/ Gwyneth R. Schrager*
                                                    Gwyneth R. Schrager, Esquire
                                                    *Attorneys for Defendant Walmart Inc.*